Aldo O. Mondin, by Virginia Mondin, Guardian, Appellant, v. Decatur Cartage Company, and Mary Scariot, Administrator of Estate of George John Scariot, Deceased, Appellees.

Gen. No. 9,457.

Heard in this court at the February term, 1945; opinion filed February 28, 1945; released for publication March 27, 1945. J. D. Wilson and N. Murry Edwards, for appellant; Omer Poos, for certain appellees; Lester K. Vandever, for certain other appellee; Ralph A. Vandever, of counsel. Opinion by PRESIDING JUSTICE DADY. Not to be published in full.